UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID THOMPSON,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br>DANA MARKS, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 3:25-cv-00402-ART-CLB<br><br>ORDER |

## I.　DISCUSSION

On August 5, 2025, *pro se* Plaintiff David Thompson, who is incarcerated in the custody of the Nevada Department of Corrections ("NDOC"), submitted two different complaints to this Court. (ECF Nos. 1-1, 1-2). The Court will not piecemeal Plaintiff's complaints together. Instead, Plaintiff must file one operative complaint that contains all claims, defendants, and factual allegations that Plaintiff wishes to pursue in this lawsuit. The Court will grant Plaintiff until September 26, 2025, to file a fully complete first amended complaint.

If Plaintiff chooses to file a first amended complaint, he is advised that a first amended complaint supersedes (replaces) the original complaints and, thus, the first amended complaint must be complete in itself. *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) (holding that "[t]he fact that a party was named in the original complaint is irrelevant; an amended pleading supersedes the original"); *see also Lacey v. Maricopa Cnty.*, 693 F.3d 896, 928 (9th Cir. 2012) (holding that for claims dismissed with prejudice, a plaintiff is not required to reallege such claims in a subsequent amended complaint to preserve them for appeal). Plaintiff's first amended complaint must contain all claims, defendants, and factual allegations that Plaintiff wishes to pursue in this lawsuit. Moreover, Plaintiff must file the first amended

complaint on this Court's approved prisoner civil rights form and mark the box "First Amended Complaint."

## II. CONCLUSION

It is therefore ordered that, if Plaintiff chooses to file a first amended complaint, Plaintiff will file the first amended complaint by September 26, 2025.

It is further ordered that the Clerk of the Court will send to Plaintiff the approved form for filing a § 1983 complaint, instructions for the same, and copies of his complaints (ECF Nos. 1-1, 1-2).  If Plaintiff chooses to file a first amended complaint, he must use the approved form and mark the box "First Amended Complaint" in the caption.

It is further ordered that, if Plaintiff does not timely file a first amended complaint, the Court will screen the second filed complaint (ECF No. 1-2) as the operative amended complaint.

DATED: August 28, 2025.

_____
UNITED STATES MAGISTRATE JUDGE