David Thomson 1080243
Name and Inmate Booking Number

L.C.C.
Place of Confinement

1200 Prison Rd
Mailing Address

Lovelock, NV 89124
City, State, Zip Code

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

David Thomson,
                                    Plaintiff

vs.

(1) L.C.C. Dr. Dana Marks,
(2) D.O.N. Erin Parks,
(3) Warden Nethanijah Breitenbach,
(4) Director Dzurenda,
(5) Gov. Lombardo,
                                    Defendant(s).

Case No. 3:25-CV-00402-ART-CLB
(To be supplied by Clerk of Court)

**CIVIL RIGHTS COMPLAINT BY AN INMATE**

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

☒ Jury Trial Demanded

## A.   JURISDICTION

1) This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971)
   ☐ Other: _____

2) Institution/city where Plaintiff currently resides: L.C.C. / Lovelock

3) Institution/city where violation(s) occurred: L.C.C. / Lovelock

## B. DEFENDANTS

1. Name of first Defendant: **Dana Marks**. The first Defendant is employed as: **Doctor** (Position of Title) at **L.C.C.** (Institution)

2. Name of second Defendant: **Erin Parks**. The second Defendant is employed as: **Director Of Nursing** (Position of Title) at **L.C.C.** (Institution)

3. Name of third Defendant: **Nethanjah Breitenbach**. The third Defendant is employed as: **Warden** (Position of Title) at **L.C.C.** (Institution)

4. Name of fourth Defendant: **Drurenda**. The fourth Defendant is employed as: **Director** (Position of Title) at **L.C.C./N.D.O.C.** (Institution)

5. Name of fifth Defendant: **Lombardo**. The fifth Defendant is employed as: **Gov** (Position of Title) at **L.C.C./N.D.O.C./NV** (Institution)

If you name more than five Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. NATURE OF THE CASE

Briefly state the background of your case.

I am currently and have been suffering elating pain and mental anguish from a life threatening hernia that is increasingly debilitating, all due to years of deliberate indifference by Dr. Marks, D.O.N. Erin Parks and Warden Nethanjah Breitenbach. This is and has been an ongoing violation of my 8th Amendment Rights which prohibits cruel and unusual punishment, including the denial of necessary medical care.

2

## D.  CAUSE(S) OF ACTION

### CLAIM 1

1. State the constitutional or other federal civil right that was violated: __8th Amendment__

2. Claim 1. Identify the issue involved. Check only one. State additional issues in separate claims.

   - ☐ Basic necessities
   - ☑ Medical care
   - ☐ Mail
   - ☐ Disciplinary proceedings
   - ☐ Exercise of religion
   - ☐ Property
   - ☐ Access to the court
   - ☐ Excessive force by officer
   - ☐ Retaliation
   - ☐ Threat to safety
   - ☐ Other: _____

3. Date(s) or date range of when the violation occurred: __2024 to Present__

4. Supporting Facts: State as briefly as possible the FACTS supporting Claim 1. Describe exactly what each specific defendant (by name) did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

I am currently (and have been) suffering unrelenting, esclating pain and mental anguish from a life threatening hernia that is increasingly debilitating due to years of deliberate indifference by Dr. Dana Marks, D.O.N. Erin Parks, and Warden Nethanjah Breitenbach. This is (and has been) an ongoing violation of my 8th Amendment Rights which prohibits cruel and unusual punishment, including the denial of necessary Medical care. As I write this I am in desperate need of emergency Medical care.

3

## CLAIM 2

1. State the constitutional or other federal civil right that was violated: **8th Amendment**

2. Claim 2. Identify the issue involved. Check only one. State additional issues in separate claims.

   ☐ Basic necessities   ☐ Medical care   ☐ Mail
   ☐ Disciplinary proceedings   ☐ Exercise of religion   ☐ Property
   ☐ Access to the court   ☐ Excessive force by officer   ☐ Retaliation
   ☐ Threat to safety   ☑ Other: **Cruel and Unusual Punishment.**

3. Date(s) or date range of when the violation occurred: **2024 to present**

4. Supporting Facts: State as briefly as possible the FACTS supporting Claim 2. Describe exactly what each specific defendant (by name) did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

I am currently (and have been) suffering unrelenting esclating pain and mental anguish from a diagnosed life threatening hernia that is (and has been) increasingly debilitating due to years of deliberate indifference by Dr. Dana Marks, D.O.N. Erin Parks, and Warden Nethanjah Breitenbach. This is (and has been) an ongoing violation of my 8th Amendment Rights which prohibits cruel and unusual punishment, including the denial of necessary medical care. As I write this I am suffering cruel and unusual punishment that is causing irreparable injury to my physical and mental wellbeing.

4

### E. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while incarcerated?   ☐ Yes   ☒ No

2. Has this Court or any other court designated you as subject to "three strikes" under 28 U.S.C. § 1915(g)?   ☐ Yes   ☒ No

3. If you have "three strikes" under 28 U.S.C. § 1915(g), does this complaint demonstrate that you are "under imminent danger of serious physical injury?"   ☐ Yes   ☐ No

### F. REQUEST FOR RELIEF

I believe I am entitled to the following relief: Per my 8th Amendment rights I am entitled to Necessary Medical Care. I have been diagnosed has having a medical condition that needs surgery. I am currently (and have been) suffering pain and mental anguish. I am entitled to immediate emergency laposcopic Surgery. I am entitled to 4.3 Million dollars for my Eighth Amendment rights against Cruel and Unusual punishment being violated.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

(name of person who prepared or helped prepare this complaint if not the plaintiff)

(signature of plaintiff)

9-2-2025
(date)

### ADDITIONAL PAGES

You must answer all questions concisely in the proper space on the form. Your complaint may not be more than 30 pages long. It is not necessary to attach exhibits or affidavits to the complaint or any amended complaint. Rather, the complaint or any amended complaint must sufficiently state the facts and claims without reference to exhibits or affidavits. If you need to file a complaint that is more than 30 pages long, you must file a motion seeking permission to exceed the page limit and explain the reasons that support the need to exceed 30 pages in length.